# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2009

134989(66)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GRACE VAUGHAN, KAREN MURPHY,
DONNA J. WESTON, EDWARD R.
WESTON, PATRICIA S. WILSON,
and ROSEMARY COOK,
          Plaintiffs-Appellants,
and

BARNEY McCOURT, MARGARET
McCOURT-BEDES, PATRICIA E.
O'MALLEY, and ROBERT H. REEVE,
          Plaintiffs/Counter Defendants/
          Cross-Defendants-Appellants,

v

RITA THOMAS, and RITA THOMAS
REVOCABLE TRUST,
          Defendants/Counter Plaintiffs/
          Cross-Plaintiffs-Appellees,
and

DEPARTMENT OF CONSUMER &
INDUSTRY SERVICES, DEPARTMENT
OF NATURAL RESOURCES, IOSCO
COUNTY ROAD COMMISSION, and
TOWNSHIP OF OSCODA,
          Defendants/Counter Defendants/
          Cross-Defendants-Appellees,
and

TOWNSHIP OF AUSABLE,
          Counter Defendant/Cross-
          Defendant/Third-Party
          Defendant-Appellee,
and

IOSCO COUNTY DRAIN COMMISSION,
STATE TRANSPORTATION DIRECTOR,

SC: 134989
COA: 267396
Iosco CC: 00-002849-CH

JERRY N. THOMAS, KATHLEEN
THOMAS, JOAN M. RYAN, DEANNA
RUCKMAN, BOBBIE N. RUCKMEN EX UX,
LAUREL J. ISHAM, JOHN LANE, JENNY E.
LANE, WILLIAM S. LOTT, JILL A. LOTT,
GEORGE EGERVARI, KELLIE SWYNTAK,
GALLANT SWYNTAK, KIMBERLY
SWYNTAK, ROSEMARY RYAN WELCH,
KAREN MURPHY, DAVID M. WYGANT,
MOLLY T. WYGANT, VIRGINIA J.
MALLROY, JOHN SMITH EX UX,
PETER B. MAPES, NONA I. MAPES, and
DOROTHY M. THOMAS, et al,
      Counter Defendants/Cross-
      Defendants-Third Party-
      Defendants.
_____/

On order of the Court, the motion for reconsideration of this Court's April 28, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

d0615